IN RE COMPLAINT AGAINST JOSEPH F. NARDIELLO, AN ATTORNEY-AT-LAW, OF UNPROFESSIONAL CONDUCT.

Submitted December 3, 1928—Decided January 16, 1929.

Before Justices TRENCHARD, KALISCH and KATZENBACH.

For the applicant, *Jacob L. Newman.*

PER CURIAM.

The petitioner was disbarred by the Supreme Court by rule entered January 17th, 1928. This application for a rehearing we think must be denied, for the reason, among others, that relief of the applicant should be obtained, if at all, by the procedure outlined in *In re Meyer,* 127 *Atl Rep.* 698, and *In re Harris,* 88 *N. J. L.* 18.

The petition will be denied, but without prejudice to the right of the petitioner to take the course indicated in the cited cases.